```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMEL WALKER,
11             Plaintiff,              No. CIV S-08-3034 WBS KJM P
12        vs.
13   JASON ROHER,
14             Defendant.              ORDER
15   _____/
```

16        Plaintiff has requested the appointment of counsel.  The United States Supreme
17  Court has ruled that district courts lack authority to require counsel to represent indigent
18  prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In
19  certain exceptional circumstances, the court may request the voluntary assistance of counsel
20  pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);
21  <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
22  does not find the required exceptional circumstances.  Plaintiff's request for the appointment of
23  counsel will therefore be denied.
24  /////
25  /////
26  /////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2 appointment of counsel (docket no. 12) is denied.
3 DATED: June 29, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
walk3034.31

2