IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JAMEL WALKER,**

Plaintiff,

v.

**JASON ROHER, M.D., et al.,**

Defendants.

Case No. 2:08-CV-03034 WBS KJM

**ORDER**

Defendant, Jason Rohrer filed a motion to vacate the pretrial conference and trial dates, including paragraph 3 (pre-trial conference statements), paragraph 4 (pretrial conference) and paragraph 5 (trial setting) of the current Scheduling Order filed in this case on August 5, 2009 (Court Document (CD) 16) and to reissue a new Scheduling Order with respect to pretrial and trial procedures, if necessary, after the Court decides the Defendant's motion for summary judgment filed on February 9, 2010 (CD 23).

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT: Defendant's motion is granted and paragraphs 3, 4, and 5 of the current Scheduling Order are vacated.

DATED: June 3, 2010.

_____
U.S. MAGISTRATE JUDGE

1

Order (2:08-CV-03034 WBS KJM)