IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMEL WALKER,

      Plaintiff,                  No. CIV S-08-3034 WBS KJM P

    vs.

JASON ROHER,

      Defendant.          <u>ORDER</u>

                             /

          On May 15, 2009, the court ordered the U.S. Marshal to serve defendant Roher. On July 17, 2009, defendant filed an answer. On December 8, 2009, the Marshal's Service filed a request for reimbursement for the costs of service, noting that defendant was personally served on November 25, 2009. On December 16, 2009, the court directed defendant show cause why he should not pay the costs of service. Defendant has responded that service was unnecessary because he had already responded to the jurisdiction of the court.

          Although it appears that defendant did not return the waiver of service, he did answer the summons and complaint in a timely fashion, rendering service unnecessary.

/////

/////

/////

1

IT IS THEREFORE ORDERED that:

1. The order to show cause (docket no. 21) is discharged and

2. The request for reimbursement (docket no. 20) is denied.

DATED: June 3, 2010.

_____
U.S. MAGISTRATE JUDGE